1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENE E EVANS,                          No.  2:16-cv-1997-JAM-JDP (PC)

12               Plaintiff,

13        v.                                 ORDER TO PROVIDE ADDITIONAL
                                             INFORMATION TO EFFECT SERVICE
14   ROBERT FOX, *et al.*,

15               Defendants.

16

17        Plaintiff is a state prisoner who is proceeding without counsel.  Plaintiff seeks relief under

18   42 U.S.C. § 1983.

19        On August 18, 2020, the court ordered the United States Marshal to serve the complaint

20   on defendants.  Process directed to defendant B Bjorson was returned unserved because "On

21   9/24/2020 Defendant Unknown. Per CDCR, "Not CDCR Employee – Contact information

22   unknown."  Plaintiff must provide additional information to serve these defendants.  Plaintiff

23   shall promptly seek such information through discovery, the California Public Records Act, Calif.

24   Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

25   information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

26        Accordingly, it is hereby ordered that:

27        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with

28   an instruction sheet and a copy of the complaint filed June 27, 2019.

1

1     2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

2  attached Notice of Submission of Documents to the court, with the following documents:

3          a.  One completed USM-285 form for each defendant, and

4          b.  two copies of the endorsed complaint filed June 27, 2019.

5  Dated: October 15, 2020

6

7                                              _____

8                           UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              |   No.

12              Plaintiff,                       |

13       v.                                      |   NOTICE OF SUBMISSION OF
                                                 |   DOCUMENTS
14                                               |

15              Defendant.                       |

16 _____|

17        Plaintiff hereby submits the following documents in compliance with the court's order

18 filed _____ :

19        ____        completed summons form

20        ____        completed USM-285 forms

21        ____        copies of the _____

22                                  Complaint

23 DATED:

24

25

26

27                                              _____

28                                                   Plaintiff

3