UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE E. EVANS,<br><br>            Plaintiff,<br><br>    v.<br><br>K. LASSITER, *et al.*,<br><br>            Defendants. | Case No.  2:16-cv-01997-JAM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>ECF No. 43 |

On November 12, 2020, plaintiff filed a motion that appears to be seeking service of his complaint. ECF No. 43. Service has already been ordered and is underway. *See* ECF Nos. 31, 32. Thus, plaintiff's request for service—to the extent that is what he is seeking—is denied as moot. Plaintiff also appears to be seeking settlement of the case. ECF No. 43. At this date, before all parties have been served and appeared on the docket, it would be premature to mandate a settlement conference. Accordingly, plaintiff's motion for service, ECF No. 43, is denied.

IT IS SO ORDERED.

Dated:  November 16, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE