UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE E. EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>K. LASSITER, *et al*.,<br><br>        Defendants. | Case No. 2:16-cv-01997-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 45 |

    Good cause appearing, defendants J. Montemayor, K. Lassiter and T. Wong's request for a two-week extension of time to respond to plaintiff's fourth amended complaint is granted. ECF No. 45. Defendants shall file their responsive pleading by December 7, 2020.

IT IS SO ORDERED.

Dated:   November 24, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE