# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE E. EVANS, | Case No. 2:16-cv-01997-JAM-JDP (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| K. LASSITER, *et al.*, | ECF No. 68 |
| Defendants. | |

Plaintiff has filed a motion for a ninety-day extension of time to file an opposition to defendants' motion to compel. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 68, is granted in part.

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to compel.

3. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   July 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE