1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

11

12

**GENE EVANS,**

13

Plaintiff,

14

**v.**

15

16 **K. LASSITER, et al.,**

17 Defendants.

18

Case No.  2:16-cv-01997-DAD-JDP (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

19      Defendants Montemayor, Lassiter, and Wong moved the Court under Federal Rules of Civil

20 Procedure 6(b)(1)(A) and 16(b)(4) and Local Rule 233 to modify the scheduling order and for a

21 sixty-five-day extension of the current discovery and dispositive motion deadlines.  Good cause

22 shown, Defendants' motion is GRANTED.

23      The deadline to complete discovery, including any motions to compel, is extended to

24 February 10, 2023.  The deadline for summary-judgment motions is extended to April 13, 2023.

25

26

27

28

1

2    IT IS SO ORDERED.

3

4    Dated:    December 13, 2022

     JEREMY D. PETERSON
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28